IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>v.<br><br>DUANE WALKER, JR., and<br>ALVIN ROCHELL MITCHELL,<br><br>                  Defendants. | 8:25CR114<br><br>ORDER |

This matter is before the Court on defendant Duane Walker, Jr.'s Unopposed Motion to Continue Trial (Filing No. 40) and defendant Alvin Rochell Mitchell's Unopposed Motion to Continue Trial (Filing No. 41). Counsel need additional time to review discovery and pursue plea negotiations. The government has no objection to the continuance. For good cause shown,

IT IS ORDERED that the Unopposed Motions to Continue Trial (Filing No. 40 and 41) are granted as follows:

1. The jury trial, **for both defendants**, now set for October 22, 2025, is continued to **December 15, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 15, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

Dated this 16th day of October 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge