IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:25CR114** |
| v. | |
| DUANE WALKER, JR., | **ORDER** |
| Defendant. | |

This matter is before the Court on defendant Duane Walker, Jr.'s ("Walker") Motion to Proceed In Forma Pauperis (Filing No. 92). In support, Walker has submitted an affidavit of poverty to the motion.

For good cause shown, Walker's motion is granted, and he is permitted to proceed on appeal in forma pauperis. *See* Fed. R. App. P. 24(a)(3).

IT IS SO ORDERED.

Dated this 26th day of March 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge