IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DUANE WALKER, JR., and ALVIN
ROCHELL MITCHELL,

Defendants.

**8:25CR114**

**FINAL ORDER
OF FORFEITURE**

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 65).   The Court has carefully reviewed the record in this case and finds as follows:

1.      On December 5, 2025, the Court entered a Preliminary Order of Forfeiture (Filing No. 49) forfeiting defendant Duane Walker, Jr.'s interest in the $49,688 in United States currency and $72.39 in United States currency.

2.      On December 31, 2025, the Court entered a Preliminary Order of Forfeiture (Filing No. 56) forfeiting defendant Alvin Rochell Mitchell's interest in the $49,688 in United States currency and $72.39 in United States currency.

3.      Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on December 9, 2025, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.   A Declaration of Publication was filed herein on February 9, 2026 (Filing No. 64).

4.      The government has advised the Court that no Petitions have been filed.   A review of the record supports that assertion.

5.      The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1.      The government's Motion for Final Order of Forfeiture (Filing No. 65) is granted.

2.      All right, title and interest in and to the $49,688 in United States currency and $72.39 in United States currency, held by any person or entity are forever barred and foreclosed.

3.      The $49,688 in United States currency and $72.39 in United States currency is forfeited to the government.

4.      The government is directed to dispose of the $49,688 in United States currency and $72.39 in United States currency in accordance with law.

Dated this 2nd day of July 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Court Judge